## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ricardo Maldonado, et al.
                         Plaintiff,

v.                                               Case No.: 1:19−cv−03521
                                                 Honorable Gary Feinerman

Xavier Elizondo, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 6, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. Defendants' unopposed joint motion to stay proceedings [39] is granted. This case is stayed as it relates to Plaintiffs' claims against Defendants Elizondo and Salgado. Enter order. The 9/5/2019 status hearing [32] is stricken and re−set for 10/28/2019 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.