## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RICARDO MALDONADO and DIANE CASTILLO, | ) ) ) | |
| Plaintiff, | ) ) | No. 19 CV 03521 |
| vs. | ) ) ) | |
| SERGEANT XAVIER ELIZONDO, et al., | ) ) | |
| Defendants. | ) | |

### ORDER

This matter coming to be heard DEFENDANTS XAVIER ELIZONDO AND DAVIDSALGADO'S UNOPPOSED JOINT MOTION TO STAY PROCEEDINGS, due notice having been given and the Court being fully advised, it is hereby ordered that:

Defendants' Elizando and Salgado unopposed joint motion to stay is granted. (Dkt. 39)

Proceedings as to Defendants Elizando and Salgado are stayed pending further order of the Court, as follows: Defendants Elizando and Salgado (1) need not answer any pending complaint; (2) need not respond to interrogatories and requests for admissions; (3) need not sit for deposition; and (4) need not make any affirmative statement in connection with responding to or producing discovery.

ENTERED:  8/6/2019

JUDGE: _____